USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

       - v. -                                    :        CONSENT ORDER OF
                                                                   RESTITUTION

DENISE NEWBY-BOVIAN,                        :        24 Cr. 640 (JHR)

      Defendant.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States of America, by its attorney, Matthew Podolsky,

Acting United States Attorney for the Southern District of New York, Catherine Ghosh, Assistant

United States Attorney, of counsel; the presentence investigation report; the defendant's

conviction on Count One of the Information; and all other proceedings in this case, it is hereby

ORDERED that:

### 1.    **Amount of Restitution**

DENISE NEWBY BOVIAN, the defendant, shall pay restitution in the total amount of

$39,000, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the New York City Housing Authority,

Revenue and Receivable Division, ATT: Billing Section, 90 Church Street 6th Floor, New York,

New York, 10007, the victim of the offense charged in Count One. Upon advice by the United

States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to

send payments to the new address without further order of this Court.

Restitution is not joint and several with any other defendants or with any others not named

herein.

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United

States is paid.

Program) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:    _/s/ Catherine Ghosh_          4/15/25
       Catherine Ghosh          DATE
       Assistant United States Attorney

DENISE NEWBY-BOVIAN

_Denise Newby-Bovian_          4-22-2025
                               DATE

_Sabrina Shroff, Esq._          4, 22, -25
                               DATE

SO ORDERED:

_Jennifer H. Rearden_          4/22/2025
HONORABLE JENNIFER H. REARDEN          DATE
UNITED STATES DISTRICT JUDGE

3